**Motion Granted; Order filed July 12, 2022**



In The

# Fourteenth Court of Appeals

_____

NO. 14-21-00728-CV
_____

**CHARLES A. WATSON, Appellant**

**V.**

**LANCE BREMER AND ALVAREZ, STAUFFER, BREMER, PLLC, Appellees**

**and**

**LANCE BREMER AND ALVAREZ, STAUFFER, BREMER, PLLC, Appellants**

**V.**

**CHARLES A. WATSON, Appellee**

**On Appeal from the 270th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2015-28746-C**

## ORDER

Charles A. Watson (Watson) filed a notice of appeal on December 14, 2021 from two orders rendering summary judgment in favor of Lance Bremer and Alvarez, Stauffer, Bremer, PLLC (Attorneys). On December 15, 2021, Attorneys

filed a notice of appeal from an order denying their motion for a no-evidence summary judgment signed September 10, 2021.

On June 14, 2022, Watson filed an unopposed motion to withdraw his appeal. The motion to withdraw Watson's appeal is **GRANTED.** Accordingly, we order the appeal filed by Watson **DISMISSED.**

The appeal filed by Attorneys is interlocutory and not reviewable on appeal. *Cincinnati Life Ins. Co. v. Cates*, 927 S.W.2d 623, 625 (Tex. 1996) ("The general rule is that a denial of a summary judgment is not reviewable on appeal."); *City of Houston v. Aster, L.P.*, 403 S.W.3d 354, 359 n.2 (Tex. App.—Houston [1st Dist.] 2013, pet. denied) ("The denial of a partial motion for summary judgment is not a final judgment and is not reviewable on interlocutory appeal."); *See* Tex. Civ. Prac. Rem. Code § 51.014(a). Accordingly, Attorneys' appeal is subject to being dismissed without further notice on the court's own motion for want of jurisdiction unless any party files a response on or before **July 22, 2022** showing meritorious grounds for continuing the appeal.


PER CURIAM

Panel consists of Chief Justice Christopher and Justices Wise and Spain.